**Mikhael Urievich LYKOV, also known as Mikhael Urievich Lykov, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**Michael Urievich Lykov, Petitioner,**

v.

**Alberto R. Gonzales, Attorney General, Respondent.**

**No. 03–72829, 03–74753.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 10, 2006.*

Decided Feb. 15, 2006.

Howard R. Davis, Esq., Davis Miller & Neumeister, Van Nuys, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Terri J. Scadron, Esq., Earle B. Wilson, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, TROTT and BEA, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM**

"[W]e do not have jurisdiction to review the [IJ's] refusal to reopen deportation proceedings *sua sponte.*" *Ekimian v. INS*, 303 F.3d 1153, 1160 (9th Cir.2002). Thus, we also lack jurisdiction to review the BIA's decision to affirm that same decision, as well as its refusal to reconsider whether it should have affirmed that decision.

In any event, the BIA did not abuse its discretion by denying Lykov's motion for reconsideration. *See Lara–Torres v. Ashcroft*, 383 F.3d 968, 976 (9th Cir.2004), *amended by* 404 F.3d 1105 (9th Cir.2005). The supplemental brief Lykov filed was untimely and did not present good cause for reconsideration.

**PETITION DISMISSED.**

---

courts of this circuit except as provided by Ninth Cir. R. 36–3.

